UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>TONI ANDERSSON,<br><br>   Defendant/Judgment Debtor,<br><br>   and<br><br>FIDELITY INVESTMENTS,<br><br>               Garnishee. | NO.  2:19-MC-00166-RSL<br><br>     (2:16-CR-0128-1)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee Fidelity Investments, has been duly issued and served upon the Garnishee.  Pursuant to the Writ, Garnishee Fidelity Investments filed its Answer on January 23, 2020, stating that at the time of the service of the Writ, Garnishee had in its possession, custody, or control a Transgroup 401(k) Profit Sharing Plan and Trust, valued at $49,693.32, as of January 17, 2020, in which Defendant/Judgment Debtor Toni Andersson maintains an interest.

//

CONTINUING GARNISHMENT ORDER (*USA v. Toni Andersson and Fidelity Investments,* USDC#: 2:19-MC-00166-RSL /2:16-CR-0128-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification that the garnishment proceeding was mailed to the Garnishee and Defendant/Judgment Debtor Andersson on or about December 18, 2019, Mr. Andersson has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Fidelity Investments, shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service, if any) of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, in which the Defendant/Judgment Debtor maintains an interest;

That such payments shall be applied to Defendant/Judgment Debtor Toni Andersson's outstanding restitution debt, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:16-CR-0128-1 and 2:19-MC-00166-RSL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

**CONTINUING GARNISHMENT ORDER** (*USA v. Toni Andersson and Fidelity Investments*, USDC#: 2:19-MC-00166-RSL /2:16-CR-0128-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 5th day of January, 2021.

*signature: M S Lasnik*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHMENT ORDER** (*USA v. Toni Andersson and Fidelity Investments*, **USDC#: 2:19-MC-00166-RSL /2:16-CR-0128-1) - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970